No. 05–8255.  LANE v. FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 05–8258.  BROWN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 05–8269.  WOOD v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 05–8272.  WILLIAMS v. SNYDER ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 05–8275.  WILCOX v. TERRY, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 05–8276.  WASHINGTON v. FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 05–8278.  DAIGNEAULT v. CONSOLIDATED CONTROLS CORP./ EATON CORP. ET AL.  App. Ct. Conn.  Certiorari denied.

No. 05–8279.  CHILDS v. LaVIGNE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 05–8283.  DOYLE v. SCUTT, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 05–8285.  BODDIE v. KERNAN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 05–8295.  CRUZ v. McDONOUGH, INTERIM SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–8296.  CORINTHIAN v. McDONOUGH, INTERIM SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 05–8297.  CLEMONS v. WEST ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 05–8298.  RAMIREZ v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.